PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Chase Home Finance LLC
[FILE 09-020182 CHE]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

GONZALO CASTANEDA AND VERONICA LYNN BROWN-CASTANEDA,

Debtor.

Case # 2:09-bk-31617-RTB

Chapter 13

OBJECTION TO CHAPTER 13 PLAN BY Chase Home Finance LLC

Chase Home Finance LLC, ("CHASE"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1. CHASE is the holder of a note ("the CHASE Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 8225 West Nicolet Avenue, Glendale, AZ 85303 and legally described as:

> LOT NINETY-EIGHT, WEST GLENN ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 489 OF MAPS, PAGE 35.

OBJECTION TO PLAN

PAGE 1

CASE # 2:09-BK-31617-RTB

1. A copy of the note and deed of trust held by CHASE are attached hereto as exhibits "A" and "B". Upon information and belief, the above-described real property is the principal residence of the Debtor.

2. When the bankruptcy petition was filed on December 8, 2009, the payments under the terms of the CHASE Note were in default. The plan incorrectly states the amount of the default on the CHASE Note. The correct amount of the default is as follows:

```
ARREARAGE AMOUNT DUE at the time the case was filed:
Escrow Shortage ......................................$479.85
Bankruptcy Attorneys' Fees & Costs** ..........   300.00
TOTAL ARREARAGE AND OTHER CHARGES: ............$779.85
```

3. CHASE objects to the Confirmation unless the regular post-petition payments due on the Note are current

WHEREFORE, CHASE objects to confirmation of the chapter 13 Plan.

DATED this ___ day of January, 2010.

Perry & Shapiro, L.L.P.

_____
Christopher R. Perry
Jason P. Sherman
Attorney for CHASE

OBJECTION TO PLAN   PAGE 2   CASE # 2:09-BK-31617-RTB

Copy of the foregoing was mailed
this 5 day of January, 2010 to:

Chapter 13 Trustee:
Edward J. Maney
P.O. BOX 10434
Phoenix, AZ 85064

Attorney for Debtor:
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311


Debtor:
Gonzalo Castaneda and Veronica Lynn Brown-Castaneda
8225 West Nicolet Avenue
Glendale, AZ 85303

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706


By /s/ Anne Mallette

OBJECTION TO PLAN PAGE 3 CASE # 2:09-BK-31617-RTB