Edward J. Maney, Trustee, Bar #12256  
Chapter 13 Trustee  
P.O. Box 10434  
Phoenix, Arizona 85064  
Telephone (602) 277-3776  
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 13 |
| ) | |
| GONZALO CASTANEDA ) | Case No. 2-09-31617-bk-PHX-RTB |
| ) | |
| and ) | |
| ) | MOTION TO SET STATUS |
| VERONICA LYNN BROWN-CASTANEDA ) | HEARING ON CONFIRMATION |
| ) | OF PLAN |
| _____Debtor (s)_____ ) | |

       Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), hereby requests the Court set a status hearing on confirmation of debtor'(s) Chapter 13 plan. Debtor(s) plan has been pending for some time with no movement towards confirmation. The Trustee believes that it would be in the best interest of all the parties for this court to set a status hearing on confirmation.

       Wherefore, the Trustee requests the Court set a status hearing on confirmation of the amended plan.

Dated: See Electronic Signature

                                      _____
                                        Edward J. Maney, Trustee

COPIES of the foregoing mailed
this: See Electronic Signature Below to:

GONZALO CASTANEDA
8225 WEST NICOLET AVENUE GLENDALE AZ, 85303

VERONICA LYNN BROWN-CASTANEDA
 8225 WEST NICOLET AVENUE  GLENDALE AZ, 85303

Attorney for Debtor (s): Joseph W. Charles, Esq.
P.O. Box 1737 Glendale AZ, 85311-


_____
Trustee's Clerk for Edward J, Maney Trustee