Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ  85064
Telephone (602) 277-3776
ejm@maney13trustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| GONZALO CASTANEDA | ) | Case No. 09-31617-PHX-RTB |
| VERONICA LYNN BROWN-CASTANEDA | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | STATUS HEARING ON |
| | ) | CONFIRMATION OF PLAN |
| _____Debtor(s)_____) | | AND CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Status Hearing on Confirmation of Plan, will be held before the

Honorable Redfield T. Baum, United States Bankruptcy Judge, in bankruptcy courtroom No. 703, 7th Floor, 230

North First Avenue, Phoenix, Arizona 85003-1706:

    Date:    July 6, 2010

    Time:    1:30 p.m.

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior

to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court**
**UNITED STATES BANKRUPTCY COURT**
**230 N. First Avenue, Suite 101**
**Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee.  The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s)

counsel.

Dated: See Electronic Signature:

                    EDWARD J. MANEY
                    CHAPTER 13 TRUSTEE


                    _____
                    Edward J. Maney, Esq.
                    P.O. Box 10434
                    Phoenix, Arizona 85064
                    (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO. 09-31617

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that

a copies of Notice of Hearing was mailed on_____June 17, 2010_____to following

parties:

Joseph W. Charles, Esq.
Attorney at Law
P.O. Box 1737
Glendale, AZ  85311-
Attorney for Debtor

GONZALO CASTANEDA
8225 WEST NICOLET AVENUE
GLENDALE, AZ  85303
Debtor

VERONICA LYNN BROWN-CASTANEDA
8225 WEST NICOLET AVENUE
GLENDALE, AZ  85303
Co-Debtor

Copies of the foregoing mailed (see electronic signature below) to the following:

                              EDWARD J. MANEY,
                              CHAPTER 13 TRUSTEE

                              _____
                              Edward J. Maney, Esq. #012256
                              P.O. Box 10434
                               Phoenix, Arizona 85064
                               (602) 277-3776Ext. 213