# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | GONZALO CASTANEDA & VERONICA LYNN BROWN-CASTANEDA |
| Case Number: | 2:09-BK-31617-RTB  Chapter: 13 |
| Date / Time / Room: | TUESDAY, JULY 06, 2010 01:30 PM  7TH FLOOR #703 |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | ELIZABETH IRISH |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS |

## Matter:

STATUS HEARING IN RE: CHAPTER 13 CASE

R / M #: 19 / 0

## Appearances:

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
JOSEPH W. CHARLES, ATTORNEY FOR GONZALO CASTANEDA, VERONICA LYNN BROWN-CASTANEDA

## Proceedings:

Mr. Hoffbauer states an order confirming the plan has been submitted to the trustee. The trustee does not accept the proposed order. Mr. Hoffbauer summaries the issues.

Mr. Charles advises the Court that Mr. Hoffbauer is correct in his summary and asks for the Court's guidance.

COURT: The Court will confirm the plan and let the debtor move to modify the plan. Counsel will upload an order.